**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**SEP 19 2001**

**PATRICK FISHER**
Clerk

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

JASON EDWARD WALKER,

      Plaintiff - Appellant,

v.

CORRECTIONS CORPORATION
AMERICA, INC., and their
disciplinary and administrative boards
at the Kit Carson Correctional
Facility; WARDEN AT CCA;
RONALD LUNK; MR. BREEDLOVE;
MS. BAIR; and MR. BRILL,

      Defendants - Appellees.

No. 01-1071

(D.C. No. 00-Z-1890)

(D. Colo.)

---

**ORDER AND JUDGMENT**[*]

---

Before **SEYMOUR** and **McKAY**, Circuit Judges, and **BRORBY**, Senior Circuit
Judge.

---

After examining Appellant's brief and the appellate record, this panel has

determined unanimously that oral argument would not materially assist the

determination of this appeal.  See Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).

The case is therefore ordered submitted without oral argument.

---

[*]This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel.  The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

Plaintiff, a state prisoner, appeals the district court's sua sponte dismissal of his civil rights complaint. The court dismissed the suit pursuant to 28 U.S.C. § 1915(e)(2)(b) (permitting dismissal of legally frivolous claims) and <u>Edwards v. Balisok</u>, 520 U.S. 641 (1997) (barring § 1983 claims for deprivation of good time credits where the claims necessarily imply the invalidity of the deprivation). For the reasons given by the district court, we affirm. <u>See</u> R. Doc. 18 (Order and Judgment of Dismissal).

Plaintiff is ordered to pay costs and fees in partial payments as outlined in the payment order filed April 24, 2001.

Entered for the Court


Monroe G. McKay
Circuit Judge